NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIEDERMANN TECHNOLOGIES GMBH & CO. KG,**

*Plaintiff-Cross-Appellant*

v.

**K2M, INC., K2M GROUP HOLDINGS, INC.,**

*Defendants-Appellants*

---

2023-2168, 2023-2232

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:18-cv-00585-MSD-RJK, Judge Mark S. Davis.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2    BIEDERMANN TECHNOLOGIES GMBH & CO. KG V. K2M, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 27, 2023